TOWN OF HARRISON, appellant,

*v.*

UNITED NEW JERSEY RAILROAD AND CANAL COMPANY et al.,
respondents.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Frederick J. Gassart,* for the appellant.

*Messrs. Wall, Haight, Carey & Harlpence,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *101 N. J. Eq. 427.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.